No. 82–1922. SOUTHERN MOTOR CARRIERS RATE CONFERENCE, INC., ET AL. v. UNITED STATES. C. A. 11th Cir. [Certiorari granted, 467 U. S. 1240.] Motions of American Movers

1228

Conference et al. and Edison Electric Institute for leave to file briefs as *amici curiae* granted.